CHARLES OHLENSCHLAGER, Respondent-Appellant, *v.* SOUTH BUFFALO RAILWAY COMPANY, Appellant, and RALPH D. YOUNG et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.

FRANCES M. LEONE, as Administratrix of the Estate of GERALD R. LEONE, Deceased, Respondent-Appellant, *v.* SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.

ERMETE SILVESTRINI, as Administrator of the Estate of GINO SILVESTRINI, Deceased, Respondent-Appellant, *v.* SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.

MARIANO RUFFINO, Respondent-Appellant, *v.* SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.

Argued June 6, 1955; decided July 8, 1955.

*Albert R. Connelly, Francis T. Findlay, Paul H. Reid, Jr.,* and *Donald H. Rivkin* for appellant.

*Harry J. Kelly* for respondents.

*Sydney C. Schweitzer* for Frances M. Leone, respondent-appellant.

*Sydney C. Schweitzer* and *Samuel C. Cellino* for Ermete Silvestrini and another, respondents-appellants.

*William J. Flynn, Jr.,* and *William J. Flynn* for Charles Ohlenschlager, respondent-appellant.

Judgments affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against HOGARTH S. SWEET et al., Constituting the Board of Review of the Town of New Castle, Respondents.

In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against MAYNARD ALLEN et al., Constituting the Board of Assessors of the Town of North Castle, Respondents.

Argued April 19, 1955; decided July 8, 1955.